THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Octavia
 Middleton, Appellant.
 
 
 
 
 

Appeal From Richland County
 G. Thomas Cooper, Jr., Circuit Court
Judge

Unpublished Opinion No. 2010-UP-294
Submitted May 3, 2010  Filed May 27, 2010    

AFFIRMED

 
 
 
 Senior Appellate Defender Joseph L.
 Savitz, III, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General
 Donald J. Zelenka, Assistant Attorney General Melody J. Brown, and Solicitor
 Warren Blair Giese, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Octavia Middleton appeals his
 convictions of assault with intent to kill, three counts of assault and battery
 of a high and aggravated nature, five counts of armed robbery, two counts of
 first-degree burglary, and murder, for which he received an aggregate
 fifty-year sentence.  Middleton argues the trial court erred in admitting
 photographs of scratches on his arms and in failing to direct a verdict in his
 favor.  We affirm[1] pursuant to Rule 220(b), SCACR, and the following
 authorities:
1.  As to the
 admission of photographs:  State v. Beckham, 334
 S.C. 302, 310-11, 513 S.E.2d 606, 610 (1999) (affirming the admission of
 photographs of defendant's scratched back and arms as relevant and probative
 evidence when defendant's accomplice testified defendant fled the murder scene
 by running through a wooded area).
2.  As to the
 directed verdict motion:  State v. Hicks, 330 S.C. 207, 217, 499 S.E.2d
 209, 214 (1998) (holding preservation requires the objection to be contemporaneous); McGee v. Bruce Hosp. Sys., 321 S.C. 340, 347, 468 S.E.2d 633, 637 (1996)
 (finding an issue cannot be raised for the first time in a new trial motion).  
AFFIRMED.
HUFF, SHORT, and WILLIAMS,
 JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.